**CHRISTIE SCOW CORPORATION, Appellee, v. THE Steam Tug ROBERT H. SMITH, Reichert Towing Line, Inc., Appellee. THE Steam Tug GEORGE A. KEATING, Great Eastern Gravel Corporation, Appellant.**

No. 55.

Circuit Court of Appeals, Second Circuit.

Nov. 7, 1932.

Ernie Adamson, of New York City (Nathan Feldman, of New York City, of counsel), for appellant.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellee the Robert H. Smith.

Foley & Martin, of New York City, for appellee Christie Scow Corporation.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

**Vincenzo CIOTTI, Pet'r, Appellant, v. Anna C. M. TILLINGHAST, U. S. Commissioner of Immigration, Respondent, Appellee.**

No. 2706.

Circuit Court of Appeals, First Circuit.

Oct. 21, 1932.

John J. Butler, of Boston, Mass. (George A. Douglass, of Boston, Mass., on the brief), for appellant.

John W. Schenck, Asst. U. S. Atty., of Boston, Mass. (Frederick H. Tarr, U. S. Atty., of Boston, Mass., on the brief), for appellee.

Before BINGHAM, WILSON, and MORTON, Circuit Judges.

PER CURIAM.

We regard this case controlled by our decision in Clark, U. S. Immigration Inspector, v. Orabona, 59 F.(2d) 187. Appeal dismissed.

---

**CONNERS MARINE CO., Inc., as Owner of THE Barges MARTHA HARRINGTON and MAY W, Libelant-Appellant, v. THE Steam Tug NAT SUTTON, Hedger Transportation Co., Inc., Claimant-Appellee.**

No. 96.

Circuit Court of Appeals, Second Circuit.

Dec. 5, 1932.

Courtland Palmer, of New York City, for appellant.

Single & Hill, of New York City (Thomas H. Middleton, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decree affirmed.